**SOLVAY SOLEXIS S.P.A. and Solvay Solexis, Inc., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**E.I. DuPont De Nemours & Company, Defendant–Appellee.**

No. 2009–1426.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

## ORDER

Upon review of the Consent Motion to Terminate Appeal filed by Plaintiffs–Appellants Solvay Solexis S.p.A. and Solvay Solexis, Inc., it is hereby:

**ORDERED** that the Consent Motion is granted; and it is further

**ORDERED** that the above-captioned action is dismissed; and it is further

**ORDERED** that each party shall bear its own costs.

**Mark ORTEGA, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2009–3215.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

Mark Ortega, Chicago, IL, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.